**Order entered March 18, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00079-CV

## IN RE THE COMMITMENT OF KEVIN WAYNE ALLEN

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CV-1970002**

## ORDER

Before the Court is court reporter Debi Harris's March 17, 2020 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before March 23, 2020.

/s/     KEN MOLBERG
         JUSTICE